**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

CONER REED,

    Plaintiff,

v.

                            Case No. 1:22-cv-01250

IENERGIZER, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiffs, CONER REED, and Defendant, IENERGIZER, INC., hereby notify the Court the parties have reached a settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: January 4, 2023

Respectfully submitted,

CONER REED

By: */s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
630-575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 4, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Mohammed O. Badwan*