**FILED**
**JAN 6 2023**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONER REED, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:22-CV-01250-LY |
| § | |
| IENERGIZER, INC., § | |
|     DEFENDANT. § | |

## ORDER

Before the court is the above-referenced cause. On January 4, 2023, Plaintiff filed a Notice Settlement (Doc. #8), stating that the parties have reached a settlement, and are in the process of completing the settlement agreement and filing dismissal papers. In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before March 6, 2023**.

SIGNED this 6th day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE